# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Rosemarie Redford as Personal Representative of the Estate of Bryan Neal; and Rosemarie Redford on behalf of all the heirs of Bryan Neal,<br><br>  Plaintiffs,<br><br>vs.<br><br>Willbros Group, Inc., and Willbros Construction (U.S.) LLC,<br><br>  Defendants. | **ORDER RE ADMISSION PRO HAC VICE**<br><br><br>Case No. 4:13-cv-014 |

Before the court is a motion for attorney Kurt M. Jackson to appear *pro hac vice* on plaintiffs' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Kurt M. Jackson has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 19) is **GRANTED**. Attorney Kurt M. Jackson is admitted to practice before this court in the above-entitled action on plaintiffs' behalf.

**IT IS SO ORDERED.**

Dated this 19th day of April, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge