**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Rosemarie Redford as Personal | ) | |
| Representative of the Estate of Bryan | ) | |
| Neal; and Rosemarie Redford on | ) | **ORDER** |
| Behalf of all of the heirs of Bryan Neal, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 4:13-cv-014 |
| Willbros Group, Inc. and Willbros | ) | |
| Construction (U.S.), LLC, | ) | |
| | ) | |
| Defendants. | ) | |

On August 6, 2014, the parties filed a "Stipulation for Dismissal with Prejudice." The court

**ADOPTS** the parties' stipulation (Docket No. 40) and **ORDERS** that the above-captioned action

be **DISMISSED** without prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 11th day of August, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court