# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Rosemarie Redford as Personal Representative of the Estate of Bryan Neal; and Rosemarie Redford on Behalf of all the heirs of Bryan Neal, | ) ) ) ) ) | **AMENDED ORDER** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:13-cv-014 |
| Willbros Group, Inc. and Willbros Construction (U.S.), LLC, | ) ) ) | |
| Defendants. | ) | |

On August 6, 2014, the parties filed a "Stipulation for Dismissal with Prejudice." The court **ADOPTS** the parties' stipulation (Docket No. 40) and **ORDERS** that the above-captioned action be **DISMISSED** <u>with</u> prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 21st day of August, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
